ARTHUR O. LOUIS, as Executor and Trustee under the Will of INGA M. ANDERSON, Deceased, Appellant, v. JOSEPH C. ANDERSON, Respondent.—

No opinion. Present — Nolan, P. J., Carswell, Johnston, Sneed and MacCrate, JJ.